■ The People of the State of New York, Respondent, v Bertram Gordon, Appellant. [642 NYS2d 547] —Appeal by the defendant from (1) a judgment of the County Court, Suffolk County (Tisch, J.), rendered June 15, 1994, convicting him of criminal possession of a weapon in the third degree under Indictment No. 432/94, upon his plea of guilty, and imposing sentence, and (2) an amended judgment of the same court, also rendered June 15, 1994, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of attempted assault in the first degree under S.C.I. No. 1416/93.

Ordered that the judgment and amended judgment are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.

■ The People of the State of New York, Respondent, v Robert Jaczko, Appellant. [642 NYS2d 549] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered January 6, 1995, convicting him of grand larceny in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Thompson, Florio and McGinity, JJ., concur.